IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JONICKA PALMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:21cv49-MHT |
| ) | (WO) |
| ELMORE COUNTY BOARD OF ) | |
| EDUCATION AND TEMEYRA ) | |
| MCELRATH, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This case is before the court on the defendants' motions to dismiss. Upon consideration of the motions and related briefing, the court concludes that the pleadings are adequate and that the remaining issues should be carried with the case and resolved later, after discovery.

Accordingly, it is ORDERED that the motions to dismiss (Doc. 14 & Doc. 17) are denied.

DONE, this the 28th day of September, 2021.

                                                   /s/ Myron H. Thompson
                                          UNITED STATES DISTRICT JUDGE