IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JONICKA PALMER,                  )
                                 )
     Plaintiff,                  )
                                 )       CIVIL ACTION NO.
     v.                          )          2:21cv49-MHT
                                 )              (WO)
ELMORE COUNTY BOARD OF           )
EDUCATION and TEMEYRA            )
McELRATH,                        )
                                 )
     Defendants.                 )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants Elmore County Board of Education and Temeyra McElrath's motion for summary judgment (Doc. 35) is granted.

(2) Judgment is entered in favor of defendants Elmore County Board of Education and McElrath and against plaintiff Jonicka Palmer, with plaintiff Palmer taking nothing by her complaint.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 1st day of February, 2023.

                                    /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**